# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA REETZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff.<br>v.<br><br>FIRST PORTFOLIO VENTURES I LLC<br><br>and<br><br>FIRST FINANCIAL ASSET MANAGEMENT LLC,<br><br>Defendants. | Case No. 21-CV-20 |

## FINAL APPROVAL ORDER

IT IS HEREBY ORDERED:

1. On February 25, 2021, the Court preliminarily approved the Class Action Settlement Agreement reached between Plaintiff Melissa R. Reetz, Defendant First Portfolio Ventures I, LLC ("FPVI"), and Defendant First Financial Asset Management, LLC ("FFAM" and together with FPVI, "Defendants"). The Court approved a form of

notice for mailing to the class certified for purposes of this settlement. The Court is informed that actual notice was sent by first class mail to 2,690 class members. A total of 480 envelopes were returned by the United States Postal Service, 144 of which were retuned with forwarding addresses and re-mailed. No class members requested exclusion and no objections were filed or received. A total of 218 class members timely returned the proof of claim form and are therefore entitled to a *pro rata* share of the monetary benefits of the settlement. As of June 25, 2021, 11 late claim forms were returned by class members.

2. On June 25, 2021, the Court held a fairness hearing to which class members, including any with objections, were invited.

3. The Court finds that provisions for notice to the class satisfy the requirements of Due Process and Federal Rule of Civil Procedure 23.

4. The Court finds the settlement is fair and reasonable and hereby approves the Class Action Settlement Agreement submitted by the parties, including the Release and payment of settlement funds as follows:

    i. Defendants shall establish a Common Fund not less than One Hundred Thousand Dollars ($100,000.00).

    ii. From the Common Fund, Class Representative Melissa R. Reetz will receive $3,000.00 in settlement of any individual claims and as an incentive award for serving as class representative. These funds shall be paid by check within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

ii. From the Common Fund, a Third-Party Claims Administrator will receive up to $3,000.00 or Defendants may be reimbursed up to $3,000.00 for costs advanced in connection with Third Party Claims Administration.

iii. From the Common Fund, based on their petition, Class Counsel shall receive $35,000.00 as reasonable attorneys' fees and costs and expenses of this lawsuit. Class Counsel will not request additional fees or costs from Defendants or the Class Members other than the court awarded fees and costs. These attorneys' fees and costs awarded by the Court shall be paid by check within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

iv. From the Common Fund, Class members who returned a claim form post marked by June 25, 2021, shall be paid their *pro rata* share of the remainder of the common fund or a maximum payment of thirty-five dollars ($35.00) by check, void one hundred and twenty (120) days after issuance. These funds shall be paid by check, either by Defendants or through its claims administrator, within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

5. The Class Representative and the Class grant Defendants the following release:

(a) Class Representative Reetz and each and every member of the Class who has not opted out, including each and every one of their respective present, former and future agents, representatives, attorneys, heirs, administrators, executors, assigns or any other person acting on their behalf or for their benefit (collectively, "Releasors") hereby release and discharge Defendants, as well as their respective predecessors and successors in interest and present, former and future affiliates, parents, subsidiaries, related parties, insurers, officers, directors, agents, employees, members, shareholders, general partners, limited partners, beneficiaries, representatives, heirs, attorneys, collectors, brokers, assigns, or entities (collectively, "Releasees") from any causes of action, suits, claims or

    demands whatsoever, in law or in equity, known or unknown at this time, which the Class Representatives and the Class now have or ever had against the Releasees, or any of them, under any legal theory, whether or not alleged, arising out of the allegations in or subject matter of the Complaint.

 (b) Expressly excluded from this release are: (a) any claims and defenses that Defendants may have against members of the Class for any alleged debt underlying the collection activity that the class members purportedly owe Defendants or Defendants purportedly owe the class members, and (b) any claims and defenses that any members of the Class may have against Defendants for any alleged debt underlying the collection activity that the class members purportedly owe Defendants or Defendants purportedly owe the class members.

6. The Court finds the Class Action Settlement Agreement fair and made in good faith.

7. The Court dismisses the claims of Class Representative and the Class as set forth in the Class Action Settlement Agreement against Defendants and the Releasees with prejudice and with costs pursuant to the provisions set forth in paragraph 8 below.

8. Based upon the submissions of Class Counsel, the Court finds that Class Counsel's hourly rates, the number of hours counsel expended on the case, and the multiplier of 1.02 to be reasonable, and awards attorneys' fees and costs of $35,000.00 to Ademi LLP. Class Counsel is not entitled to payment of any additional fees and costs

other than the Court awarded fees and costs.

Dated at Milwaukee, Wisconsin this 25th day of June, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge